UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED ASSOCIATION LOCAL 198 PENSION FUND; UNITED ASSOCIATION LOCAL 198 WELFARE FUND; UNITED ASSOCIATION LOCAL 198 EDUCATION FUND; UNITED ASSOCIATION LOCAL 198 ANNUITY FUND; AND UNITED ASSOCIATION LOCAL UNION NO. 198 | CIVIL ACTION NO.: 3:08-cv-360<br><br>JUDGE: TYSON<br><br>MAGISTRATE: DALBY |
| VERSUS | |
| COFAB USA, LLC | |

**CONSENT JUDGMENT**

Plaintiff's United Association Local 198 Pension Fund, United Association Local 198 Welfare Fund, United Association Local 198 Education Fund, United Association Local 198 Annuity Fund, and United Association Local Union No. 198 and Defendant CoFab USA, LLC have reached the following settlement agreement and consent order judgment, wherein the parties have agreed to the following:

**JUDGMENT IS HEREBY ENTERED** as to CoFab USA, LLC in favor of United Association Local 198 Pension Fund, United Association Local 198 Welfare Fund, United Association Local 198 Education Fund, United Association Local 198 Annuity Fund, and United Association Local Union No. 198 in the amount of $15,447.00. This amount is comprised of $14,346.95 in contributions and $1,100.40 in attorneys' fees. The amount of this judgment shall be paid in six equal installments of $2,574.56. The first payment shall be due August 15, 2008, and the remaining five payments shall be received by Plaintiffs on or before the 6th day of each subsequent month, with the final payment due January 6, 2009.

1

The Court shall administratively close this case, but shall maintain jurisdiction to administer and enforce this agreement as necessary.

Respectfully submitted,

ROBEIN, URANN, SPENCER,
PICARD & CANGEMI

*[signature]*

LOUIS L. ROBEIN, JR. (Bar No. 11307)
CHRISTINA L. CARROLL (Bar No. 29789)
Post Office Box 6768
2540 Severn Avenue, Suite 400 (70002)
Metairie, Louisiana 70009-6768
Telephone: (504) 885-9994
Facsimile: (504) 885-9969
email:  lrobein@ruspclaw.com
            ccarroll@ruspclaw.com

*Attorney for Plaintiffs*

*[signature]*

Representative of Defendant
CoFab USA, LLC

**SO ORDERED**.

Baton Rouge, Louisiana, this 22nd day of September, 2008.

*[signature]*
UNITED STATES DISTRICT JUDGE

Respectfully submitted,

ROBEIN, URANN, SPENCER,
PICARD & CANGEMI

s/ Christina L. Carroll
LOUIS L. ROBEIN, JR. (Bar No. 11307)
CHRISTINA L. CARROLL (Bar No. 29789)
Post Office Box 6768
2540 Severn Avenue, Suite 400 (70002)
Metairie, Louisiana 70009-6768
Telephone: (504) 885-9994
Facsimile: (504) 885-9969
email:  lrobein@ruspclaw.com
　　　　ccarroll@ruspclaw.com

*Attorney for Plaintiffs*